UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:15–cv–03531–DSF–VBK            Date   1/12/2016

Title      SEYCHELLES IMPORTS, LLC VS. ZARA USA, INC., ET AL

Present:   The Honorable   DALE S. FISCHER, UNITED STATES DISTRICT JUDGE

  Debra Plato                                       Not Present
  Deputy Clerk                                    Court Reporter

  Attorneys Present for Plaintiffs:        Attorneys Present for Defendants:
           Not Present                                Not Present

**Proceedings:**   (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

   Absent a showing of good cause, an action must be dismissed without prejudice if the summons and complaint are not served on a defendant within 90 days after the complaint is filed. Fed. R. Civ. Proc. 4(m). Generally, defendants must answer the complaint within 21 days after service (60 days if the defendant is the United States). Fed. R. Civ. Proc. 12(a)(1).

   In the present case, it appears that one or more of these time periods has not been met. Accordingly, the Court, on its own motion, orders plaintiff(s) to show cause in writing on or before **Monday, January 25, 2016**, why this action should not be dismissed as to the applicable defendant(s) for lack of prosecution. Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the Court finds that this matter is appropriate for submission without oral argument. The Order to Show Cause will stand submitted on that date.

   Filing of the following on or before the date indicated above will constitute a satisfactory response to the Order to Show Cause:

   XX   Proofs of service of summons and complaint on all defendants for whom such documents have not yet been filed;

   ___  An appearance by all defendants who have been served or an application for entry of default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure;

   ___  A request that the clerk enter default judgment or motion for entry of default judgment pursuant to Rule 55(b) of the Federal Rules of Civil Procedure.

   **IT IS SO ORDERED.**

                                              Initials of Deputy Clerk: _dp_